

| | | |
|---|---|---|
| **AARON D. FORD**<br>*Attorney General*<br><br>**CRAIG A. NEWBY**<br>*First Assistant Attorney General*<br><br>**CHRISTINE JONES BRADY**<br>*Second Assistant Attorney General* | **STATE OF NEVADA**<br>**OFFICE OF THE ATTORNEY GENERAL**<br>1 State of Nevada Way, Suite 100<br>Las Vegas, Nevada 89119 | **TERESA BENITEZ-<br>THOMPSON**<br>*Chief of Staff*<br><br>**LESLIE NINO PIRO**<br>*General Counsel*<br><br>**HEIDI PARRY STERN**<br>*Solicitor General* |

January 9, 2026

Via ECF

Molly Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

**Re:** *North American Derivatives Exchange, Inc. v. Nevada*, 9th Cir. No. 25-7187

Dear Ms. Dwyer:

    I represent Defendants-Appellees Mike Dreitzer, George Assad, Chandeni K. Sendall, Nevada Gaming Control Board, and Aaron D. Ford (collectively, State Defendants) in the above-captioned matter. Pursuant to Circuit Rule 34-3, I write to request that the Court give this case priority in hearing date.

    In this appeal, Plaintiff-Appellant North American Derivatives Exchange, Inc. (Crypto.com) appeals the district court's denial of its motion for a preliminary injunction that would have prohibited State Defendants from enforcing Nevada gaming law. *See* Dkt. 1. This appeal thus is eligible for priority in hearing date as it arises from an "application[] for [a] temporary or permanent injunction." 9th Cir. R. 34-3(3). There is a particular need for urgency in this case, as Crypto.com seeks to enjoin State Defendants from enforcing any gaming law against Crypto.com's unlicensed gaming operations in Nevada. As the district court found, this is an issue of vital importance to Nevada and would impose "substantial[] hardship" on State Defendants and the public if left unaddressed. *N. Am. Derivatives Exch., Inc. v. Nevada Gaming Control Bd.*, 2025 WL 2916151, at *11 (D. Nev. Oct. 14, 2025). The Court thus should give this appeal priority in scheduling a hearing.

Respectfully,

*/s/ Jessica E. Whelan*
Jessica E. Whelan
Chief Deputy Solicitor General - Litigation
(702) 486-3420
jwhelan@ag.nv.gov