| | | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | FEB 26 2026 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a Crypto.com | Derivatives North America,

        Plaintiff - Appellant,

 v.

STATE OF NEVADA; et al.,

        Defendants - Appellees,

NEVADA RESORT ASSOCIATION,

        Intervenor-Defendant - Appellee.

No. 25-7187

D.C. No. 2:25-cv-00978-APG-BNW
District of Nevada,
Las Vegas

ORDER

      Paradigm Operations LP's motion to file an amicus brief (Dkt. No. 15) is GRANTED.

      North American Derivatives Exchange, Inc.'s motion to exclude select oral argument dates (Dkt. No. 24) is DENIED as moot.

      Former Federal Government Officials and Experts' motion to file an amicus brief (Dkt. No. 25) is GRANTED.

      Commodity Future Trading Commission's motion to file an out-of-time amicus brief (Dkt. No. 30) is GRANTED.

      State Defendants' and NRA's motions to extend time to file answering briefs

(Dkt. Nos. 34, 35) are GRANTED. Appellees' answering briefs will be due on March 3, 2026.

Commodity Futures Trading Commission's motion to file an amicus brief (Dkt. No. 38) is GRANTED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT