UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a Crypto.com \| Derivatives North America,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>STATE OF NEVADA; et al.,<br><br>       Defendants - Appellees,<br><br>NEVADA RESORT ASSOCIATION,<br><br>       Intervenor-Defendant - Appellee. | No. 25-7187<br><br>D.C. No. 2:25-cv-00978-APG-BNW<br>District of Nevada,<br>Las Vegas<br><br>ORDER |
| KALSHIEX, LLC,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>KIRK D. HENDRICK; et al.,<br><br>       Defendants - Appellees,<br><br>NEVADA RESORT ASSOCIATION,<br><br>       Intervenor-Defendant - Appellee. | No. 25-7516<br><br>D.C. No. 2:25-cv-00575-APG-BNW<br>District of Nevada,<br>Las Vegas |

| | |
|---|---|
| ROBINHOOD DERIVATIVES, LLC,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>MIKE DREITZER; et al.,<br><br>   Defendants - Appellees,<br><br>NEVADA RESORT ASSOCIATION,<br><br>   Intervenor-Defendant - Appellee. | No. 25-7831<br><br>D.C. No.<br>2:25-cv-01541-APG-DJA<br>District of Nevada,<br>Las Vegas |

 State Defendants' motions to consolidate *North American Derivatives Exchange, Inc. v. State of Nevada, et al.* (Case No. 25-7187, Dkt. No. 23), *KalshiEX, LLC v. Hendrick, et al.* (Case No. 25-7516, Dkt. No. 41), and *Robinhood Derivatives, LLC v. Dreitzer, et al.* (Case No. 25-7831, Dkt. No. 20) are GRANTED. Plaintiff-Appellants, including North American Derivatives Exchange, Inc., KalshiEX, LLC, and Robinhood Derivatives, LLC, shall share 45 minutes for oral argument. The Defendant-Appellees, including the State Defendants and Nevada Resort Association, shall share 30 minutes for oral argument. Arguments may be divided or assigned to one or more attorneys entirely as they choose.

           FOR THE COURT:

           MOLLY C. DWYER
           CLERK OF COURT