**Nos. 25-7187, 25-7831, 25-7516 (consolidated)**

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a Crypto.com | Derivatives North America,
*Plaintiff-Appellant*,

v.

STATE OF NEVADA, ET AL.,
*Defendants-Appellees*,

NEVADA RESORT ASSOCIATION,
*Intervenor-Defendant-Appellee.*

ROBINHOOD DERIVATIVES, LLC,
*Plaintiff-Appellant*,

v.

MIKE DREITZER, ET AL.,
*Defendants-Appellees*,

NEVADA RESORT ASSOCIATION,
*Intervenor-Defendant-Appellee.*

KALSHIEX, LLC,
*Plaintiff-Appellant*,

v.

GEORGE ASSAD, ET AL.,
*Defendants-Appellees*,

NEVADA RESORT ASSOCIATION,
*Intervenor-Defendant-Appellee.*

On Appeal from the United States District Court for the
District of Nevada,
Nos. 2:25-cv-978, 2:25-cv-1541, 2:25-cv-575

**STATE DEFENDANTS' AND THE NEVADA RESORT ASSOCIATION'S UNOPPOSED MOTION FOR ADDITIONAL TIME FOR ORAL ARGUMENT**

# STATE DEFENDANTS' AND THE NEVADA RESORT ASSOCIATION'S UNOPPOSED MOTION FOR ADDITIONAL TIME FOR ORAL ARGUMENT

State Defendants and the Nevada Resort Association (collectively. Defendants-Appellees) move for an additional 15 minutes of time for oral argument in the above-captioned appeals, so that both sides (Plaintiffs-Appellants and Defendants-Appellees) each has 45 minutes of oral argument time. State Defendants have conferred with each Plaintiff-Appellant and none of them opposes this motion.

1. Plaintiffs-Appellants are North American Derivatives Exchange, Inc., d/b/a Crypto.com (Crypto.com), Robinhood Derivatives, LLC (Robinhood), and KalshiEX, LLC (Kalshi). Crypto.com, Robinhood, and Kalshi each filed separate lawsuits against State Defendants, seeking to enjoin State Defendants from enforcing Nevada gaming law against Plaintiffs. The Nevada Resort Association (NRA) intervened as a defendant in each case. In October and November 2025, the district court dissolved a preliminary injunction it previously had entered in Kalshi's favor and denied motions for preliminary injunction filed by Crypto.com and Robinhood.

2. Kalshi, Crypto.com, and Robinhood each appealed. *See North American Derivatives Exchange, Inc. v. State of Nevada, et al.*, No. 25-7187; *Robinhood Derivatives, LLC v. Dreitzer, et al.*, No. 25-7831; and *KalshiEX, LLC v. Assad, et al.*, No. 25-7516). Thus, Kalshi, Crypto.com, and Robinhood are Plaintiffs-Appellants in this Court, and State Defendants and the NRA are Defendants-Appellees.

3. On January 26, 2026, State Defendants filed a motion to consolidate the three cases for oral argument. *See* 25-7187 Dkt. No. 23.1. In that motion, State Defendants explained that all parties agreed that the cases should be consolidated

for oral argument. *Id.* at 4. The parties' only disagreement was about how much time should be allotted for oral argument: Defendants-Appellees suggested that the Court give each side 30 minutes for argument; Crypto.com suggested that the Court give each side a total of either 45 or 60 minutes for argument; and Robinhood and Kalshi proposed that the Court give each side a total of 45 minutes for argument. *Id.* No party suggested that the two sides should have an unequal amount of time for oral argument. Instead, all of the proposals presumed that the two sides would have equal argument time (either 30, 45, or 60 minutes per side).

4. On February 26, 2026, the Court consolidated the three cases for oral argument. In that order, the Court allotted 45 minutes for oral argument to Plaintiffs-Appellants and 30 minutes to Defendants-Appellees. 25-7187 Dkt. No. 40.1. The Court stated that "[a]rguments may be divided or assigned to one or more attorneys entirely as they choose." *Id.* at 2.

5. On March 3, 2026, *amicus curiae* the Commodity Futures Trading Commission (CFTC) moved to participate in the oral argument on the side of Plaintiffs-appellants. The CFTC asked to be allocated 6 minutes of Plaintiffs-Appellants' 45 minutes of oral argument time. *See* No. 25-7187 Dkt. No. 57.1. No party opposed the CFTC's request.

6. On March 5, 2026, the Court granted the CFTC's motion. *See* No. 25-7187 Dkt No. 60. Thus, Plaintiffs-Appellants and the CFTC currently are allotted 45 minutes of argument time, 6 of which are reserved for the CFTC, and Defendants-Appellees currently are allotted 30 minutes of argument time.

2

7. State Defendants and the NRA respectfully request an additional 15 minutes of argument time to be allocated to Defendants-Appellees' side to equalize the oral argument time. That additional time is warranted to ensure that Defendants-Appellees have sufficient time to adequately respond to the CFTC's arguments. Indeed, with the addition of the CFTC, Defendants-Appellees must respond to four separate sets of arguments on Plaintiffs-Appellants' side. Further, the additional time is warranted because the issues before the Court are novel and complex, and because the cases implicate important state sovereignty interests.

8. Counsel for State Defendants contacted counsel for each Plaintiff-Appellant for its position on this motion. Plaintiffs-Appellants take no position on this motion.

## CONCLUSION

The Court should equalize the time allocated to each side for oral argument by extending the time allotted for oral argument to Defendants-Appellees by 15 minutes, to 45 minutes total.

(Signature Page on next page)

| | |
|---|---|
| Dated: March 9, 2026 | Respectfully submitted, |
| Nicole A. Saharsky<br>Minh Nguyen-Dang<br>Matthew Bisanz<br>Wajdi C. Mallat<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, DC 20006<br>(202) 263-3000 | /s/ *Jessica E. Whelan*<br>Aaron D. Ford<br>  Attorney General of Nevada<br>Heidi Parry Stern<br>  Solicitor General<br>Jessica E. Whelan<br>  Chief Deputy Solicitor General—Litigation<br>Sabrena K. Clinton<br>Abigail L. Pace<br>State of Nevada,<br>Office of the Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>(702) 486-3420 |
| Rory K. Schneider<br>Alexander S. Mendelson<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 506-2500 | |
| Preston R. Michelson<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600 | *Counsel for State Defendants*<br><br>Mark M. Weisenmiller<br>Ryan A. Andersen<br>Andersen Beede Weisenmiller<br>3199 E Warm Springs Road,<br>Suite 400<br>Las Vegas, NV 89120<br>(702) 922-1992 |
| *Counsel for State Defendants in Nos. 25-7187 and 25-7516* | *Counsel for State Defendants in No. 25-7831*<br><br>/s/ *Adam Hosmer-Henner*<br>Adam Hosmer-Henner<br>Jane Susskind<br>Thaddeus Houston<br>McDonald Carano Wilson LLP<br>100 W. Liberty St., 10th Floor<br>Reno, NV 89501<br>(775) 788-2000<br><br>*Counsel for the Nevada Resort Association* |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), undersigned counsel certifies that this motion:

(i) complies with the type-volume limitation of Rule 27(d)(2) because it contains 667 words, including footnotes and excluding the parts of the brief exempted by Rule 32(f); and

(ii) complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared using Microsoft Word for Microsoft 365 and is set in Century Schoolbook font in a size equivalent to 14 points or larger.

Dated: March 9, 2026  /s/ *Jessica E. Whelan*
Jessica E. Whelan

## CERTIFICATE OF SERVICE

    I hereby certify that, on March 9, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Dated: March 9, 2026                 /s/ *Jessica E. Whelan*
                                                    Jessica E. Whelan