CRAIG A. NEWBY
*First Assistant Attorney General*

CHRISTINE JONES BRADY
*Assistant Attorney General*

# AARON D. FORD
*Attorney General*



LESLIE NINO PIRO
*General Counsel*

HEIDI PARRY STERN
*Solicitor General*

## STATE OF NEVADA

## OFFICE OF THE ATTORNEY GENERAL

1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119

March 27, 2026

Via ECF

Molly Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Re:  *N. Am. Derivatives Exch. Inc. v. Nevada*, 9th Cir. No. 25-7187
     *KalshiEX, LLC v. Assad*, 9th Cir. No. 25-7516
     *Robinhood Derivatives, LLC v. Dreitzer*, 9th Cir. No. 25-7831

Dear Ms. Dwyer:

I write to inform the Court of the recent decision in *State of Nevada ex rel. Nevada Gaming Control Board v. Coinbase Financial Markets, Inc.*, No. 260C000301B (Nev. 1st JD Dist. Ct. Mar. 26, 2026) (attached). Like Plaintiffs in these cases, Coinbase Financial Markets, Inc. (Coinbase) operates a prediction market on which users can wager on sports, election, and entertainment events. Op. 1-3. Coinbase is not licensed in Nevada and does not comply with Nevada gaming law. *Id.* at 3. The Nevada Gaming Control Board (Board) brought a state enforcement action and sought a preliminary injunction to bar Coinbase's unlawful operations. *Id.* at 2. Coinbase argued that the Commodity Exchange Act (CEA) preempts application of Nevada's gaming laws to its contracts. *Id.* at 4.

The state court rejected Coinbase's argument and entered a preliminary injunction prohibiting Coinbase from offering sports-, election-, and entertainment-related event contracts in Nevada. Op. 4-6. On the question whether the CEA preempts Nevada gaming law, the state court specifically relied on the reasoning of the district court in this case, finding it "persuasive." *Id.* at 5. The court explained that the CEA, "fairly interpreted, does not vest exclusive jurisdiction over event contracts traded through COINBASE's platform with the Commodity Futures Trading Commission." *Id.*

Molly Dwyer, Clerk of Court
Page 2
March 27, 2026


The state court also concluded that Coinbase's continued unlawful operations "cause immediate and irreparable harm" to the State, its gaming industry, and the public. Op. 5-6. The court explained that Coinbase does not comply

with the Nevada laws that prevent people under 21 from betting; that prevent owners, coaches, players, and officials from betting on games; and that prevent unsuitable individuals from being involved in gaming. *Id.* at 5. The court concluded that "these injuries cannot be mitigated, much less restored, by compensatory damages after the injury is incurred." *Id.* The court also held that "the balance of hardships and the public interest in maintaining meaningful control over Nevada's gaming industry for the purpose of ensuring its integrity strongly supports issuances of a preliminary injunction." *Id.* at 6. Those conclusions echo the findings of the district court in these cases.

Respectfully,

*/s/ Jessica E. Whelan*
Jessica E. Whelan
Chief Deputy Solicitor General—Litigation
(702) 486-3420
jwhelan@ag.nv.gov