# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 15, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: North American Derivatives Exchange, Inc., dba Crypto.com | Derivatives North America
v. Nevada, et al.
No. 26-344
(Your No. 25-7187)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 11, 2026 and placed on the docket September 15, 2026 as No. 26-344.

Sincerely,

**Scott S. Harris**, Clerk

by

Howard Cook
Case Analyst